## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WORCESTER INTERFAITH, INC.; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., WORCESTER BRANCH; CASSANDRA BENSAHIH; JAMES BERRY; MARITZA CRUZ; HOLLI HILL; JESSENIA KOLACO; NELLY MEDINA; RUTH RODRIGUEZ-FAY; and DELIA VEGA, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WORCESTER, MASSACHUSETTS; EDWARD M. AUGUSTUS, JR., in his official capacity as Worcester City Manager; NIKOLIN VANGJELI, in his official capacity as Worcester City Clerk; WORCESTER SCHOOL COMMITTEE; JOSEPH M. PETTY, in his official capacity as Mayor of the City of Worcester, City Councilor, and Chairman of the Worcester School Committee; DIANNA L. BIANCHERIA, LAURA CLANCEY, JOHN L. FOLEY, MOLLY O. MCCULLOUGH, JOHN F. MONFREDO, and TRACY O'CONNELL NOVICK, in their official capacities as members of the Worcester School Committee; WORCESTER BOARD OF ELECTION COMMISSIONERS; RICHARD DUFFY, KIMBERLY VANDERSPEK, WINIFRED OCTAVE, DANAAH MCCALLUM, and JOHN STEWART, in their official capacities as members of the Worcester Board of Election Commissioners; WORCESTER CITY COUNCIL; MORRIS A. BERGMAN, DONNA M. COLORIO, KHRYSTIAN E. KING, CANDY MERO-CARLSON, SARAI RIVERA, SEAN M. ROSE, GARY ROSEN, GEORGE J. RUSSELL, KATHLEEN M. TOOMEY, and MATTHEW E. WALLY, in their official capacities as City Councilors, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 4:21-cv-40015-TSH** |

## **JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiffs[1] and Defendants[2] respectfully request that the Court enter the proposed consent decree ("Decree"), attached hereto as Exhibit A.  The parties are satisfied that the Decree is compliant with all applicable laws, and are prepared to come before the Court for a hearing on this matter if it would assist the Court.

Dated: October 14, 2021                    Respectfully submitted,

*/s/ Brian M. Alosco*
Rebecca M. Lecaroz (BBO # 666860)
Wayne F. Dennison (BBO # 558879)
Brian M. Alosco (BBO # 693899)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201
rlecaroz@brownrudnick.com
wdennison@brownrudnick.com
balosco@brownrudnick.com

Oren M. Sellstrom (BBO # 569045)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 988-0608
Fax: (617) 482-4392

---

[1] Plaintiffs are Worcester Interfaith, Inc., National Association for the Advancement of Colored People, Inc., Worcester Branch, Cassandra Bensahih, James Berry, Maritza Cruz, Holli Hill, Jessenia Kolaco, Nelly Medina, Ruth Rodriguez-Fay, and Delia Vega.

[2] Defendants are City of Worcester, Edward M. Augustus, Jr., Nikolin Vangjeli, Worcester School Committee, Joseph M. Petty, Dianna L. Biancheria, Laura Clancey, John L. Foley, Molly O. McCullough, John F. Monfredo, Tracy O'Connell Novick, Worcester Board of Election Commissioners, Richard Duffy, Kimberly Vanderspek, Winifred Octave, Danaah McCallum, John Stewart, Worcester City Council, Morris A. Bergman, Donna M. Colorio, Khrystian E. King, Candy Mero-Carlson, Sarai Rivera, Sean M. Rose, Gary Rosen, George J. Russell, Kathleen M. Toomey, and Matthew E. Wally.

osellstrom@lawyersforcivilrights.org

*Counsel for Plaintiffs WORCESTER
INTERFAITH, INC.; NATIONAL
ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE, INC., WORCESTER
BRANCH; CASSANDRA BENSAHIH; JAMES
BERRY; MARITZA CRUZ; HOLLI HILL;
JESSENIA KOLACO; NELLY MEDINA;
RUTH RODRIGUEZ-FAY; and DELIA VEGA.*

/s/ Michael E. Traynor
Michael E. Traynor
City Solicitor
Wendy L. Quinn
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161
quinnwl@worcesterma.gov

*Counsel for Defendants CITY OF
WORCESTER, MASSACHUSETTS; EDWARD
M. AUGUSTUS, JR., in his official capacity as
Worcester City Manager; NIKOLIN
VANGJELI, in his official capacity as
Worcester City Clerk; WORCESTER SCHOOL
COMMITTEE; JOSEPH M. PETTY, in his
official capacity as Mayor of the City of
Worcester, City Councilor, and Chairman of
the Worcester School Committee; DIANNA L.
BIANCHERIA, LAURA CLANCEY, JOHN L.
FOLEY, MOLLY O. MCCULLOUGH, JOHN
F. MONFREDO, and TRACY O'CONNELL
NOVICK, in their official capacities as
members of the Worcester School Committee;
WORCESTER BOARD OF ELECTION
COMMISSIONERS; RICHARD DUFFY,
KIMBERLY VANDERSPEK, WINIFRED
OCTAVE, DANAAH MCCALLUM, and JOHN
STEWART, in their official capacities as
members of the Worcester Board of Election
Commissioners; WORCESTER CITY
COUNCIL; MORRIS A. BERGMAN, DONNA
M. COLORIO, KHRYSTIAN E. KING, CANDY
MERO-CARLSON, SARAI RIVERA, SEAN M.*

*ROSE, GARY ROSEN, GEORGE J. RUSSELL,*
*KATHLEEN M. TOOMEY, and MATTHEW E.*
*WALLY, in their official capacities as City*
*Councilors.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I filed a copy of this document through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian M. Alosco*
Brian M. Alosco